UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21 Cr. 631 (TJK) |
| | : | |
| | : | |
| WALTER MESSER | : | |
| THERESE BORGERDING | : | |
| | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

1. With the consent of the government, counsel for both Mr. Messer and Ms. Borgerding seek to continue the status conference scheduled for May 17, 2022.

2. Ms. Carmen Hernandez is still reviewing discovery with her client, and seeks a 60-day adjournment. Counsel for Mr. Messer joins in the application. Both Mr. Messer and Ms. Borgerding are in the process of reviewing the discovery the government has produced.

3. The government joins in this application, and both defendants agree that the time between May 17, 2022 and the next date set by the Court is properly excluded under the 18, United States Code section 3161(h)(7)(A). Excluding time will best serve the interests of the public and the defendant in a speedy trial because it will allow the parties to engage in discussions regarding a possible disposition.

Dated:  May 16, 2022                     Respectfully submitted,

*/s/Sabrina P. Shroff,*
Assistant Federal Public Defender
Office of the Federal Public Defender
 For the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 208-7500